# UNITED STATES DISTRICT COURT

for the _____ District of _____ New Jersey

| UNITED STATES OF AMERICA<br>V.<br><br>Henry Jimenez | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 13-7336-1 | 2:13-cr-446 | 13-7336-1 | 2:13-cr-446 JS |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. §  844

**DISTRICT OF OFFENSE**
Eastern District of New York

**DESCRIPTION OF CHARGES:**

Conspiracy (Arson)

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:  ☐ Retained Own Counsel  x Federal Defender Organization  ☐ CJA Attorney  ☐ None

Interpreter Required?  ☐ No  x Yes  Language:  Spanish

DISTRICT OF  Eastern District of New York

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 14, 2013 _____
Date                                        Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |